Núms. 7422, 7423 y 7424.—CENTRAL AGUIRRE SUGAR Co., aplda. *v.* DOMENECH, TES., aplte.—C. D. San Juan. ▆▆▆▆▆▆▆ ▆▆▆▆▆ Junio 21, 1939.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso Núm. 7421, *Central Aguirre Sugar Co.* v. *Manuel V. Domenech, sustituído por Rafael Sancho Bonet, etc.* (ante, pág. 153), se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en abril 7, 1936, y se declara sin lugar la demanda.

El Juez Presidente Sr. Del Toro y el Juez Asociado Sr. De Jesús no intervinieron.

Núm. 7693.—RODRÍGUEZ, ETC., apltes. *v.* DÁVILA, apldo.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆ Julio 5, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, los únicos supuestos errores señalados por el apelante son los siguientes:

"1. La Hon. Corte de Distrito de San Juan erró al resolver que en este caso se trata de un accidente desgraciado en el que el principal responsable del mismo fué el demandante, apreciando así erróneamente la evidencia practicada por ambas partes.

"2. Erró la corte *a quo* al resolver que la prueba no sostiene las alegaciones de la demanda.

"3. La Hon. corte sentenciadora cometió error al no aplicar a este caso la doctrina de la última oportunidad expedita (*the last clear chance*).

"4. La corte inferior cometió error al dictar sentencia declarando sin lugar la demanda, toda vez que dicha sentencia es contraria a derecho y a la prueba practicada."

POR CUANTO, el cuarto error se somete en el alegato de los apelantes sin argumento como consecuencia de los anteriores.

POR CUANTO, no encontramos error manifiesto en la apreciación de la prueba, así como tampoco por haberse dejado de aplicar a los hechos probados la doctrina de la última oportunidad expedita.

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en mayo 21, 1937.

El Juez Asociado Sr. Travieso no intervino.